

FILED ___ LODGED
___ RECEIVED ___ COPY

SEP 2 1 1999

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SITTINDOWN, a.k.a., ROBERT E. PROELL, <br><br> Petitioner, <br><br> vs. <br><br> TERRY STEWART, et al. <br><br> Respondents. | CIV 97-2330-PCT-EHC <br><br> O R D E R |

Sittingdown, a.k.a., Robert E. Proell, filed a Petition for Writ of Habeas Corpus on November 6, 1997 pursuant to 28 U.S.C. § 2254 along with an Appendix of Exhibits. Respondents filed a Response. (Dkt. 13).

On January 11, 1999, Magistrate Judge Morton Sitver filed a Report and Recommendation. (Dkt. 18). On February 9, 1999, Petitioner filed Objections to the Report and Recommendation. (Dkt. 22).

**STANDARD OF REVIEW**

A district court judge reviews de novo the Report and Recommendation of a Magistrate Judge. See 28 U.S.C. § 636(b)(1)(C) and Rule 1.15(b) Rules of Practice of the United States District Court for the District of Arizona.

This Court, being fully advised, and having reviewed the record de novo, including Petitioner's Objections, adopts the Report and Recommendation filed January 11, 1999, and incorporates the same as

a part of this Order.[1]

Accordingly,

**IT IS HEREBY ORDERED** adopting the Report and Recommendation of the Magistrate Judge filed January 11, 1999.

**IT IS FURTHER ORDERED** dismissing the Petition for Writ of Habeas Corpus.

DATED this 20 day of September, 1999.

_____
Earl H. Carroll
United States District Judge

---

[1] The state court proceedings were in Mohave County.