UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
FEB 15 2000
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SITTINGDOWN, a.k.a. Robert E. Proell, | No. 99-17377 |
| Petitioner-Appellant, | DC# CV-97-02330-EHC |
| v. | Arizona |
| TERRY L. STEWART, Director; GRANT WOODS, Attorney General, | ORDER |
| Respondents-Appellees. | |



X FILED ___ LODGED
___ RECEIVED ___ COPY

FEB 18 2000

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Before: GOODWIN and LEAVY, Circuit Judges

The request for a certificate of appealability is denied. *See* 28 U.S.C. § 2253(c)(2).



A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

FEB 15 2000

by: _____
Deputy Clerk